# Third District Court of Appeal

## State of Florida

Opinion filed June 16, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1109
Lower Tribunal No. F10-4465
_____

**Alexander F. Bruzon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Alexander F. Bruzon, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.